# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRIAN BENNETT, GLYNN BURR,
AND ERICA DAIGLE A.K.A.
"ERICA CAVALIER"

NO.   2024 CW 0709

VERSUS

MARATHON PETROLEUM COMPANY,
LP; MPC INVESTMENT LLC;
TOTAL SAFETY U.S.,
INC.;ONPOINT INDUSTRIAL
SERVICES, LLC; TURNER
SPECIALTY SERVICES, L.L.C;
TURNER INDUSTRIES ENERGY
SERVICES, LLC; TURNER
INDUSTRIES GROUP, L.L.C.;
ACE AMERICAN INSURANCE
COMPANY; STARR INDEMNITY
INSURANCE CO., INC.

**NOVEMBER 8, 2024**

---

In Re:    Marathon Petroleum Company, LP and MPC Investments, LLC,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 716476.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                    **MRT**
                    **WRC**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT